AMY MACLEAR (SBN 215638)
amaclear@shb.com
CASEY DOUGSLAS (SBN 349623)
cdouglas@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900 | FAX: (415) 391-0281

Attorneys for Defendant
LUCID GROUP USA, INC.

NOTE CHANGES MADE BY THE COURT

term #20

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NATALIE MENSE TAYLOR, an individual

Plaintiff,

v.

LUCID GROUP USA, INC., a Delaware Corporation; and DOES 1 through 25, inclusive

Defendant.

Case No. 2:24-cv-5248-HDV-JC

*District Judge: Hon. Hernan D. Vera*

~~[PROPOSED]~~ ORDER GRANTING MOTION TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER [20]

~~[PROPOSED]~~ ORDER
Case No. Case No. 2:24-cv-5248-HDV-JC

Having reviewed Defendant Lucid Group USA, Inc.'s Motion to Continue the Trial Date and Modify the Scheduling Order, and finding good cause shown, the Court hereby GRANTS the motion.

The Court modifies the Scheduling Order as follows:

| Event | Current Deadline | Continued Deadline |
|---|---|---|
| Jury Trial (4 days) | December 2, 2025 | March ~~10~~ 31, 2026 |
| Final Pretrial Conference | November 18, 2025 | ~~February 24~~ March 10, 2026 |
| Hearings on Motions in Limine | November 13, 2025 | ~~February 17~~ March 5, 2026 |
| Fact Discovery Cut-Off | June 6, 2025 | September ~~12~~ 30, 2025 |
| Expert Disclosure (initial) | June 13, 2025 | ~~September 19~~ October 7, 2025 |
| Expert Disclosure (rebuttal) | June 27, 2025 | October ~~3~~ 21, 2025 |
| Expert Discovery Cut-Off | July 18, 2025 | ~~October 24~~ November 4, 2025 |
| Last Day to Hear Motions | September 14, 2025 | December ~~15~~ 18, 2025 |
| Deadline to Complete Settlement Conference | September 19, 2025 | December ~~22~~ 23, 2025 |
| Trial Filings (first round) | October 14, 2025 | ~~January 20~~ February 3, 2026 |
| Trial Filings (second round) | October 28, 2025 | February ~~3~~ 17, 2026 |

**IT IS SO ORDERED.**

DATED:  7/28/25

By: _____
Hon. Hernan D. Vera

~~[PROPOSED]~~ ORDER
Case No. 2:24-cv-5248-HDV-JC